UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCK SEAFOOD NEW ALBANY INC.,

               Plaintiff,

       -against-

MERCHANT WHAREHOUSE
INCORPORATED and JOSEPH RIGNEY,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/9/2026
```

26 Civ. 2773 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 3, 2026, this case was transferred to the Southern District of New York and assigned to the undersigned.  *See* ECF No. 48.  Accordingly, by **April 15, 2026**, the parties shall file a status update.  The status update shall address the status of ongoing discovery, if any, the status of any pending motions, and whether the parties anticipate filing any dispositive or non-dispositive motions.

      SO ORDERED.

Dated: April 9, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge